WO

```
                               FILED ___ LODGED
                           ___ RECEIVED ___ COPY

                                  SEP 2 4 2008

                               CLERK U S DISTRICT COURT
                                 DISTRICT OF ARIZONA
                            BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-08-00804-01-PHX-FJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Stanton Eric Long, | ) **ORDER** |
| Defendant. | ) |

    A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on September 17, 2008.

    **THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

    **THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

    **THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

    **IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

    DATED this 24th day of September, 2008.

                                                               Lawrence O. Anderson
                                                              United States Magistrate Judge